# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ERRIC WALKER, STEVE RICKETTS, and VICKIE ATCHLEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) CASE NO. 3-02-1078 |
| Plaintiffs, | ) **JUDGE TRAUGER** ) |
| vs. | ) **COLLECTIVE ACTION** ) **FOR VIOLATION OF THE FAIR** ) **LABOR STANDARDS ACT OF** |
| RYAN'S FAMILY STEAK HOUSES, INC., | ) **1938** ) ) |
| Defendant. | ) ) |

## ORDER APPROVING JOINT STIPULATION

Having considered the parties' Joint Motion to Approve Joint Stipulation regarding Settlement, and it appearing to the Court that the Motion is well-taken and should be approved, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Court approves the terms of the parties' settlement set forth in the Joint Stipulation, as revised by Attachments A and B to the Notice of Filing of April 14, 2006;

2. The Court approves the form and content of the Notice of Settlement attached to the Joint Stipulation as Exhibit 1, as revised by Attachment C to the Notice of Filing of April 14, 2006;

3. The Court approves the form and content of the Claim Form attached to the Joint Stipulation as Exhibit 2, as revised by Attachment E to the Notice of Filing of April 14, 2006;

4. The Court approves the form and content of the Questionnaire attached to the Joint Stipulation as Exhibit 3, as revised by Attachment D to the Notice of Filing of April 14, 2006;

5. The Court directs the parties to mail the Notice, Claim Form and Questionnaire by

first class mail to Eligible Class Members;

      6. The Court ORDERS the parties to consummate the settlement in accordance with the terms set forth in the Joint Stipulation.

      IT IS SO ORDERED:

                                                                         Honorable Aleta A. Trauger
                                                                         United States District Judge

AGREED AND APPROVED:

| NEXSEN PRUET, LLC | STEWART, ESTES & DONNELL, PLC |
|---|---|
| By:   /s E. Grantland Burns (With Permission)<br>E. Grantland Burns, Esq.<br>Post Office Drawer 10648<br>Greenville, South Carolina 29603 | By:   /s M. Reid Estes, Jr.<br>M. Reid Estes, Jr., Esq.<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219 |
| James M. Coleman, Esq.<br>CONSTANGY, BROOKS & SMITH, LLC<br>4100 Monument Corner Drive, Suite 520<br>Fairfax, Virginia 22030 | Counsel for Class |
| William A. Blue, Esq.<br>CONSTANGY, BROOKS & SMITH, LLC<br>2100 West End Avenue, Suite 925<br>Nashville, TN 37203 | |
| Counsel for Ryan's | |